**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00215-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MARTHA ANN SHARP,

    Plaintiff,

v.

COLORADO PAROLE BOARD,
MICHAEL ANDERSON,
DAN C.,
BRANDON SHAFFER,
JOHN M. O'DELL,
JOHN W. HICKENLOOPER,
REBECCA OAKES,
JOE MORALES,
ALFREDO PENA, and
TOM WATERS,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Martha Ann Sharp currently resides in Englewood, Colorado.  On February 2, 2015, she submitted a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)    ___    is not submitted
(2)    ___    is not on proper form (must use the current Court-approved form)
(3)    ___    is missing original signature by Plaintiff

(4) __   is missing affidavit
(5) xx   application is incomplete (must complete all sections of the form)
(6) __   affidavit is not properly notarized
(7) __   names in caption do not match names in caption of complaint, petition or application
(8) __   other:

**Complaint or Petition**:
(9)  __   is not submitted
(10) __   is not on proper form (must use the court's current form)
(11) __   is missing an original signature by the Plaintiff
(12) xx   is incomplete (must complete all sections, including statutory jurisdiction and supporting factual allegations for each claim for relief)
(13) __   uses et al. instead of listing all parties in caption
(14) __   names in caption do not match names in text of Complaint
(15) xx   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint
(16) __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) and a Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 3, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge